UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAQUAN ALEXANDER HOLMES,
a/k/a "Jamil Deacon,"

Defendant.

**INDICTMENT**

24 Cr.

**24 CRIM 401**

## COUNT ONE
### (Attempted Bank Robbery)

The Grand Jury charges:

1. On or about March 28, 2023, in the Southern District of New York and elsewhere, DAQUAN ALEXANDER HOLMES, a/k/a "Jamil Deacon," the defendant, knowingly, by force and violence, and by intimidation, attempted to take, from the person and presence of another, and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), to wit, HOLMES attempted to obtain money from a bank branch located at 1265 Castle Hill Avenue in the Bronx, New York, by threatening a bank employee.

(Title 18, United States Code, 2113(a).)

## COUNT TWO
### (Attempted Hobbs Act Robbery)

The Grand Jury further charges:

2. On or about May 4, 2023, in the Southern District of New York and elsewhere, DAQUAN ALEXANDER HOLMES, a/k/a "Jamil Deacon," the defendant, knowingly attempted to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and

thereby attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLMES attempted to obtain money from a check-cashing business located at 1204 Elder Avenue in the Bronx, New York, by threatening to use force and violence and to injure an employee of the check-cashing business and others in the vicinity at the time.

(Title 18, United States Code, Section 1951.)

_____
FOREPERSON

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney